**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 16-36067 |
| | § | |
| MIRIAM E SANCHEZ | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $1,646.58 | Assets Exempt: | $8,890.42 |
| Total Distributions to Claimants: | $11,631.93 | Claims Discharged Without Payment: | $48,011.88 |
| Total Expenses of Administration: | $2,266.76 | | |

3) Total gross receipts of $13,898.69 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $13,898.69 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $6,325.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $2,266.76 | $2,266.76 | $2,266.76 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $12,800.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $18,000.00 | $64,162.62 | $41,643.81 | $11,631.93 |
| **Total Disbursements** | $18,000.00 | $85,554.38 | $43,910.57 | $13,898.69 |

4). This case was originally filed under chapter 7 on 11/11/2016. The case was pending for 14 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/11/2018              By:   /s/ David P. Leibowitz
                                                      Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Checking account with Chase | 1129-000 | $143.59 |
| Chase Savings Account | 1229-000 | $13,755.10 |
| **TOTAL GROSS RECEIPTS** | | **$13,898.69** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | TD Auto Finance LLC | 4110-000 | $0.00 | $6,325.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$6,325.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $2,139.87 | $2,139.87 | $2,139.87 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $19.20 | $19.20 | $19.20 |
| International Sureties, Ltd | 2300-000 | NA | $5.30 | $5.30 | $5.30 |
| Green Bank | 2600-000 | NA | $102.39 | $102.39 | $102.39 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$2,266.76** | **$2,266.76** | **$2,266.76** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Irma L Sanchez Mejia | 5800-000 | $0.00 | $12,800.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$0.00** | **$12,800.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1-1 | Irma L Sanchez Mejia | 7100-000 | $0.00 | $12,800.00 | $12,800.00 | $3,575.29 |
| 2A | TD Auto Finance LLC | 7100-000 | $0.00 | $22,518.81 | $0.00 | $0.00 |
| 2-1 | TD Auto Finance LLC | 7100-000 | $0.00 | $28,843.81 | $28,843.81 | $8,056.64 |
|  | Chrysler Financial | 7100-000 | $18,000.00 | $0.00 | $0.00 | $0.00 |
|  | Tronix Cntry | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $18,000.00 | $64,162.62 | $41,643.81 | $11,631.93 |

| Case No.: | 16-36067 | | | Trustee Name: | David Leibowitz |
| Case Name: | SANCHEZ, MIRIAM E | | | Date Filed (f) or Converted (c): | 11/11/2016 (f) |
| For the Period Ending: | 1/11/2018 | | | §341(a) Meeting Date: | 12/08/2016 |
| | | | | Claims Bar Date: | 03/21/2017 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Make: Volkswagen Model: Cabrio Year: 1998 | $1,133.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Updated per amended schedules (dkt. 15) | | | | | |
| 2 | Miscellaneous used household goods | $500.00 | $0.00 | | $0.00 | FA |
| 3 | Miscellaneous books, tapes, CD's, etc. | $40.00 | $0.00 | | $0.00 | FA |
| 4 | Personal used clothing | $300.00 | $0.00 | | $0.00 | FA |
| 5 | Miscellaneous costume jewelry | $40.00 | $0.00 | | $0.00 | FA |
| 6 | Checking account with Chase | $3,603.59 | $143.59 | | $143.59 | FA |
| **Asset Notes:** | Updated per amended schedules (dkt. 15) | | | | | |
| 7 | MetLife - Whole Life Insurance (no cash surrender value) | $0.00 | $0.00 | | $0.00 | FA |
| 8 | Chase Savings Account (u) | $13,755.10 | $13,755.10 | | $13,755.10 | FA |
| **Asset Notes:** | Updated per amended schedules (dkt 15) | | | | | |
| 9 | 2016 Tax Refund - Pro-Rated to time of filing: $2,974.00; EIC and child tax credits of $2,150.42; Remaining non-exempt amount of $823.58 was spent on necessary living expenses. (u) | $3,797.00 | $823.58 | | $0.00 | FA |
| **Asset Notes:** | Updated per amended schedules 6/13/17 (dkt 20) | | | | | |

**TOTALS (Excluding unknown value)**

| | | | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|---|---|
| | | $23,168.69 | $14,722.27 | | $13,898.69 | $0.00 |

**Major Activities affecting case closing:**

05/26/2017   2017 Reporting Period:

The Trustee recovered $13,898.69 representing the non-exempt funds in Debtor's savings and checking accounts as of the filing date.

TFR submitted for UST review 6/30/17.

| **Initial Projected Date Of Final Report (TFR):** | 09/30/2017 | **Current Projected Date Of Final Report (TFR):** | /s/ DAVID LEIBOWITZ |
|---|---|---|---|
| | | | DAVID LEIBOWITZ |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-36067 | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | SANCHEZ, MIRIAM E | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1295 | | | Checking Acct #: | ******6701 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 11/11/2016 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/11/2018 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/09/2017 | | SANCHEZ, MIRIAM E | Payment for non-exempt funds in checking and savings accounts | * | $13,898.69 | | $13,898.69 |
| | {6} | | Non exempt portion of checking account $143.59 | 1129-000 | | | $13,898.69 |
| | {8} | | Non-exempt portion of savings account $13,755.10 | 1229-000 | | | $13,898.69 |
| 01/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $15.91 | $13,882.78 |
| 02/09/2017 | 3001 | International Sureties, Ltd | 2017 Bond Payment (VOID - amount incorrect) | 2300-003 | | $15.94 | $13,866.84 |
| 02/09/2017 | 3001 | VOID: International Sureties, Ltd | Void of Check# 3001 | 2300-003 | | ($15.94) | $13,882.78 |
| 02/09/2017 | 3002 | International Sureties, Ltd | 2017 Bond Payment (Bond #016073584) | 2300-000 | | $5.30 | $13,877.48 |
| 02/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $20.23 | $13,857.25 |
| 03/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $23.80 | $13,833.45 |
| 04/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $20.16 | $13,813.29 |
| 05/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $22.29 | $13,791.00 |
| 08/24/2017 | 3003 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $2,139.87 | $11,651.13 |
| 08/24/2017 | 3004 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $19.20 | $11,631.93 |
| 08/24/2017 | 3005 | Irma L Sanchez Mejia | Claim #: 1; Amount Claimed: $12,800.00; Distribution Dividend: 27.93%; | 7100-000 | | $3,575.29 | $8,056.64 |
| 08/24/2017 | 3006 | TD Auto Finance LLC | Claim #: 2; Amount Claimed: $28,843.81; Distribution Dividend: 27.93%; | 7100-000 | | $8,056.64 | $0.00 |
| 11/24/2017 | 3006 | STOP PAYMENT: TD Auto Finance LLC | [STOPPED/REISSUED - Sent to wrong address] Claim #: 2; Amount Claimed: $28,843.81; Distribution Dividend: 27.93%; | 7100-004 | | ($8,056.64) | $8,056.64 |
| 11/24/2017 | 3007 | TD Auto Finance LLC | [STOPPED/REISSUED - Sent to wrong address] Claim #: 2; Amount Claimed: $28,843.81; Distribution Dividend: 27.93%; | 7100-000 | | $8,056.64 | $0.00 |

**SUBTOTALS** $13,898.69 $13,898.69

Page No: 2   Exhibit 9

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 16-36067 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SANCHEZ, MIRIAM E | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1295 | Checking Acct #: | ******6701 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 11/11/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/11/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $13,898.69 | $13,898.69 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $13,898.69 | $13,898.69 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $13,898.69 | $13,898.69 | |

For the period of **11/11/2016** to **1/11/2018**

| | |
|---|---|
| Total Compensable Receipts: | $13,898.69 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $13,898.69 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $13,898.69 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $13,898.69 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the account between **01/09/2017** to **1/11/2018**

| | |
|---|---|
| Total Compensable Receipts: | $13,898.69 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $13,898.69 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $13,898.69 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $13,898.69 |
| Total Internal/Transfer Disbursements: | $0.00 |

Page No: 3    Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-36067 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SANCHEZ, MIRIAM E | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1295 | Checking Acct #: | ******6701 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 11/11/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/11/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $13,898.69 | $13,898.69 | $0.00 |

**For the period of 11/11/2016 to 1/11/2018**

| Total Compensable Receipts: | $13,898.69 |
|---|---|
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $13,898.69 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $13,898.69 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $13,898.69 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 11/11/2016 to 1/11/2018**

| Total Compensable Receipts: | $13,898.69 |
|---|---|
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $13,898.69 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $13,898.69 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $13,898.69 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ